IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE ROBERT E. BLACKBURN

Criminal Action No. 08-cr-00126-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM E. MAHAN,

    Defendant.

---

## ORDER EXONERATING BOND

    As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED at Denver, Colorado, this 23rd day of August, 2010.

    BY THE COURT:

    Robert E. Blackburn
    United States District Judge