**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00126-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM E. MAHAN,

    Defendant.

---

**MINUTE ORDER**[1]

---

    By **September 15, 2010**, the government shall file a response to defendant's **Motion For Early Termination of Supervised Release** [#119] filed August 25, 2010.

    Dated: August 26, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.