# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00126-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WILLIAM E. MAHAN,

      Defendant.

## MINUTE ORDER[1]

By **March 20, 2011**, the government and probation department shall file a response to defendant's **Second Motion For Early Termination of Probation** [#144] filed February 18, 2011.

      Dated: February 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.